

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, April 2, 2015

No. 04-14-00801-CR

Jason **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8235
Honorable Philip A. Kazen, Jr., Judge Presiding

## O R D E R

Appellant's brief was originally due March 2, 2015; however, the court granted appellant an extension of time to file the brief until April 1. Appellant has filed another motion for extension of time, requesting until May 1 to file the brief.

We **grant** the motion and order appellant's attorney, Richard Langlois, to file the brief by **May 1, 2015** (60 days after the originally due date). Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2015.

_____
Keith E. Hottle
Clerk of Court